<hr />

Before the Second Division, June 18, 1958

No. 62090.—Plus Computing Machines, Inc. *v.* United States, protests 275601–K, etc. (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of key-driven calculating machines and metal parts thereof

similar in all material respects, except for having, in addition, an electric motor as an essential feature, to the merchandise the subject of *Plus Computing Machines, Inc.* v. *United States* (44 C. C. P. A. 160, C. A. D. 655), the claim of the plaintiff was sustained.